UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>GRILL KEBABS AND GYROS, INC.,<br><br>    Defendant. | Case No.  21-cv-05645-VC<br><br>**ORDER DISMISSING UNRUH ACT CLAIM AND GRANTING REQUEST FOR JURISDICTIONAL DISCOVERY**<br><br>Re: Dkt. Nos. 24, 27, 28 |

1. The Court declines to exercise supplemental jurisdiction over the Unruh Act claim. *See Arroyo v. Rosas*, 19 F. 4th 1202, 1211–14 (9th Cir. 2021). The case is in its early stages, so concerns of judicial economy, convenience, fairness to litigants, and comity do not favor retaining jurisdiction. *See id*. at 1214. And the facts of the case—"a frequent filer of ADA and Unruh Act claims seeking federal jurisdiction to circumvent California's procedural barriers to such suits—present the type of exceptional circumstances contemplated by section 1367(c)(4)" to decline supplemental jurisdiction. *Whitaker v. Alice & Olivia California Holdings LLC*, 2022 WL 1135088, at *1 (N.D. Cal. Apr. 18, 2022).

2. The defendant's request for a 3-month period of jurisdictional discovery is granted. The defendant can take discovery on Whitaker's intent to return and whether he did, in fact, personally visit the defendant's establishment in the first place. An evidentiary hearing is scheduled for Tuesday, September 27, 2022, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: June 16, 2022

_____
VINCE CHHABRIA
United States District Judge