CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Dennis M. Sullivan
sullivan601@msn.com
LAW OFFICES OF DENNIS M. SULLIVAN
333 Bush Street, 21st Floor
San Francisco, CA 94104
Telephone: 415) 982-5454
Facsimile: (415) 982-1732
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Grill Kebabs And Gyros, Inc.;** and Does 1-10,<br><br>    Defendants | Case No.: 3:21-cv-05645-VC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Dated: June 28, 2022 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/ Amanda Seabock |
| 4 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: June 28, 2022 | LAW OFFICES OF DENNIS M. SULLIVAN |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Dennis M. Sullivan<br>Attorneys for Defendants |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Dennis M. Sullivan, counsel for Grill Kebabs And Gyros, Inc., and that I have obtained Attorney Sullivan's authorization to affix their electronic signature to this document.

Dated: June 28, 2022                    CENTER FOR DISABILITY ACCESS

                                        By: /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff